UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Andres Lopez ) <br> ) <br> Defendant(s) ) | 08CR1118-LAB <br> CRIMINAL NO. 08mj0922 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 07957298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Oliver Beltran-Trujillo

DATED:  4-10-08

William McCurine,

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
      Deputy Clerk