UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

08 APR 10 P 12:15

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                            )<br>    Plaintiff                         )<br>                                            )<br>    vs.                                )<br>                                            )<br> Andres Lopez                 )<br>                                            )<br>    Defendant(s)                 )<br>_____ ) | CRIMINAL NO. 08CR1118-LAB<br>                              08mj0922<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07957298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Ofelia Sotelo-Rabadan

DATED: 4-10-08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk