UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 APR 10 P 12: 15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Andres Lopez ) <br> ) <br> Defendant(s) ) | 08CR1118-LAB <br><br> CRIMINAL NO. 08mj0922 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07957298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Wilberto Ortiz - Pioquinto

DATED: 4-10-08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk